UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kalil Mims,  Civ. No. 20-2379 (PAM/BRT)

    Petitioner,

v.  **ORDER**

S. Kallis, Warden,

    Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Becky R. Thorson dated January 28, 2021. (Docket No. 13.) The R&R recommends dismissal of this matter without prejudice for failure to prosecute.

On December 14, 2020, Judge Thorson ordered Petitioner to pay the filing fee or apply to proceed in forma pauperis by January 13, 2021, to prevent his case from being dismissed under Fed. R. Civ. P. 41(b). (Docket No. 7.) Over a month has passed since that deadline, and Petitioner has failed to comply with the Court's Order. He likewise did not file any objections to the R&R, and the time to do so has elapsed. See D. Minn. L.R. 72.2(b)(1) (providing that a party may file objections to a magistrate judge's recommendations within 14 days).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 13) is **ADOPTED**;

2. The Petition (Docket No. 1) is **DISMISSED without prejudice**; and

3. Petitioner's Motions to Appoint Counsel (Docket Nos. 12, 14) are **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Thursday, February 25, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge